UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 12 B 03922
CHAPTER 13

JAMES C WILLIAMS

JUDGE JACQUELINE P COX

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  WELLS FARGO BANK NA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 3 | XXXXXX8396 | $10,386.42 | $10,386.42 | $10,386.42 |
| Total Amount Paid by Trustee | | | | | $10,386.42 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-03922-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 18th day of April, 2016.

Debtor:  
JAMES C WILLIAMS  
1046 E 169TH ST  
SOUTH HOLLAND, IL  60473

Attorney:  
ROBERT J ADAMS & ASSOC  
901 W JACKSON # 202  
CHICAGO, IL  60607  
via Clerk's ECF noticing procedures

Creditor:  
WELLS FARGO BANK NA  
1 HOME CAMPUS MAC#X2302 04C  
DES MOINES, IA  50328

Mortgage Creditor:  
WELLS FARGO BANK  
% CODILIS & ASSOC  
15W030 N FRONTGATE RD #100  
BURR RIDGE, IL  60527

Mortgage Creditor:  
WELLS FARGO BANK  
3476 STATEVIEW BLVD  
MACX7801-014  
FT MILL, SC  29715

ELECTRONIC SERVICE - United States Trustee

Date:  April 18, 2016

/s/ TOM VAUGHN  
_____  
TOM VAUGHN  
CHAPTER 13 TRUSTEE  
55 E. MONROE STREET, SUITE 3850  
CHICAGO, IL  60603